DeMedio *v.* DeMedio, Appellant.

Argued January 8, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Andrew B. Cantor,* with him *Morris Gerber, Alan E. Boroff,* and *Wisler, Pearlstine, Talone & Gerber,* for appellant.

*Anthony S. Minisi,* with him *Gerald J. McConomy,* and *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

OPINION PER CURIAM, March 20, 1970:
Decree affirmed. Appellant to pay costs.